TALIV ALI, Appellant, v STATE OF NEW YORK, Respondent.

Submitted March 2, 2015; decided April 7, 2015

On the Court's own motion, appeal dismissed, without costs, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution. Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of JOHN HOGAN, Appellant, v DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION et al., Respondents.

Submitted February 23, 2015; decided April 7, 2015

Motion for reargument denied [see 24 NY3d 1098 (2015)].

Judges STEIN and FAHEY taking no part.

In the Matter of LAZY ACRES PARK, LLC, Respondent, v PAUL FERRETTI et al., Appellants.

Submitted February 23, 2015; decided April 7, 2015

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain this motion for leave to appeal from the order of the Appellate Division entered in this proceeding commenced in Town Court (see NY Const, art VI, § 3 [b] [7]; CPLR 5602 [a]).

Judge FAHEY taking no part.